No. 59, Misc. LARSEN v. McGEE, CORRECTIONS DIREC-
TOR, ET AL. Supreme Court of California. Certiorari
denied. Petitioner *pro se. Stanley Mosk,* Attorney
General of California, and *Arlo E. Smith,* Deputy
Attorney General, for respondents.

No. 61, Misc. WALTERS v. CUNNINGHAM, PENITEN-
TIARY SUPERINTENDENT. Supreme Court of Appeals of
Virginia. Certiorari denied. Petitioner *pro se. Reno
S. Harp III,* Assistant Attorney General of Virginia, for
respondent.

No. 63, Misc. DAVIDSON v. KENTUCKY ET AL. Court
of Appeals of Kentucky. Certiorari denied. Petitioner
*pro se. John B. Breckinridge,* Attorney General of Ken-
tucky, and *David B. Sebree,* Assistant Attorney General,
for respondents.

No. 65, Misc. RINE v. BOLES, WARDEN. Supreme
Court of Appeals of West Virginia. Certiorari denied.
Petitioner *pro se. C. Donald Robertson,* Attorney Gen-
eral of West Virginia, and *George H. Mitchell* and *Simon
M. Bailey,* Assistant Attorneys General, for respondent.

No. 70, Misc. MUNSEY v. SMYTH, PENITENTIARY
SUPERINTENDENT. Supreme Court of Appeals of Vir-
ginia. Certiorari denied. Petitioner *pro se. Reno S.
Harp III,* Assistant Attorney General of Virginia, for
respondent.

No. 72, Misc. JOHNSON v. TAYLOR, WARDEN. C. A.
10th Cir. Certiorari denied. Petitioner *pro se. Solic-
itor General Cox, Assistant Attorney General Marshall*
and *Harold H. Greene* for respondent.